UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLOTTE LOQUASTO, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1455-B |
| | § | (Consolidated with 3:19-CV-1624-B) |
| FLUOR CORPORATION, INC., | § | |
| FLUOR ENTERPRISES, INC., FLUOR | § | |
| GOVERNMENT GROUP, INC., | § | |
| FLUOR INTERCONTINENTAL, | § | |
| INC., and ALLIANCE PROJECT | § | |
| SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Fluor Defendants' Motion for Leave to Designate Responsible Third

Parties (Doc. 20). Defendants seek to designate the United States Military, Ahmed Nayeb, and

unidentified "John Does" that acted as Nayeb's accomplices or co-conspirators as responsible third

parties under Texas Civil Practice and Remedies Code § 33.004, *et seq.* Initially, Plaintiffs opposed

this motion. *See* Doc. 20, Mot. to Designate 3d Parties, 25 (Certificate of Conference). But Plaintiffs

have since filed a notice advising the Court that they no longer oppose the Fluor Defendants'

requested relief. Doc. 30, Notice of Non-Opposition. Because the motion is no longer opposed, the

Court **GRANTS** Defendants **LEAVE** to designate the United States Military, Ahmed Nayeb, and

the unknown criminal actors as responsible third parties under § 33.004. *See Strickland v. Buffalo Wild*

*Wings, Inc.*, 2015 WL 4269968, at \*2 (N.D. Tex. July 14, 2015) (collecting authority).

SO ORDERED.

SIGNED: September 27, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE