## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| Charlotte Loquasto, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-cv-01455-B |
| | § | **(Consolidated with Civil Action No.** |
| Fluor Corporation, Inc., et al. | § | **3:19-cv-01624-B)** |
| | § | |
| Defendants. | § | |

## DEFENDANTS FLUOR CORPORATION, INC., FLUOR ENTERPRISES, INC., FLUOR INTERCONTINENTAL, INC., AND FLUOR GOVERNMENT GROUP INTERNATIONAL, INC.'S NOTICE OF INTENT TO FILE A REPLY IN SUPPORT OF THEIR OPPOSED MOTION FOR LEAVE TO FILE A REPLY APPENDIX [DOC. 68]

TO THE HONORABLE JANE J. BOYLE, UNITED STATES DISTRICT JUDGE:

Pending before the Court is Defendants Fluor Corporation, Inc., Fluor Enterprises, Inc., Fluor Intercontinental, Inc., and Fluor Government Group International, Inc.'s ("Fluor") Opposed Motion for Leave to File an Appendix to the Reply in Support of their Rule 12(b)(1) Motion to Dismiss and Motion for Summary Judgment under 28 U.S.C. § 2860(j) [Doc. 68] ("Motion for Leave"). Plaintiffs filed a response in opposition to Fluor's Motion for Leave on July 27, 2020 [Doc. 69]. Fluor files this Notice to advise the Court that Fluor intends to file a very brief reply in support of the Motion for Leave under N.D.L.R. 7.1(f). Fluor respectfully requests that the Court hold its decision on Fluor's Motion for Leave until after Fluor files its brief reply. Fluor anticipates filing the reply on or before August 4, 2020, which is within the fourteen-day timeframe under Local Rule 7.1(f).

*[SIGNATURE PAGE FOLLOWS]*

1

Respectfully submitted,

**HARTLINE BARGER LLP**

*/s/ Darrell L. Barger*
Darrell L. Barger (*Attorney-in-charge*)
State Bar No. 01733800
J. Reid Simpson
State Bar No. 24072343
1980 Post Oak Blvd.
Suite 1800
Houston, Texas 77056
(713) 759-1990
(713)652-2419 (Fax)
dbarger@hartlinebarger.com
rsimpson@hartlinebarger.com

Brian Rawson
State Bar No. 24041754
8750 N. Central Expy.
Suite 1600
Dallas, Texas 75231
(214) 369-2100
(214) 369-2118 (Fax)
brawson@hartlinebarger.com
***Counsel for the Fluor Defendants***

**Certificate of Service**

The undersigned certifies that on July 31, 2020, Fluor served a true and correct copy of the foregoing document on all known counsel of record via the Northern District's CM/ECF filing service under the Federal Rules of Civil Procedure and the Northern District Local Rules.

*/s/ Darrell L. Barger*
Darrell L. Barger