UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Charlotte Loquasto, et al. | § § | |
| Plaintiffs, | § § | Civil Action No. 3:19-CV-01455-B |
| vs. | § § § | (Consolidated with Civil Action No. 3:19-CV-01624-B) |
| Fluor Corporation, Inc., et al. | § § | |
| Defendants. | § § § | |

**APPENDIX TO ALLIANCE PROJECT SERVICES, INC.'S
OPPOSITION TO PLAINTIFFS' MOTION
FOR NEW TRIAL, TO ALTER, AMEND OR VACATE ORDER,
AND TO TRANSFER VENUE**

<u>PAGE</u>

Exhibit 1   Declaration of Tod E. Nickles.................................................. 1-3

# EXHIBIT 1

## DECLARATION OF TOD E. NICKLES

| | |
|---|---|
| STATE OF VIRGINIA | § |
| | § |
| COUNTY OF LOUDOUN | § |

1. My name is Tod E. Nickles. I am over eighteen (18) years of age and am competent to make this declaration. I have personal knowledge of the facts contained in this declaration, and they are true and correct. If called as a witness, I could competently testify as to such facts.

2. I am the President and Chief Executive Officer of Alliance Project Services, Inc. ("APS"). I have personal knowledge of APS's business and dealings described in this declaration.

3. APS is a corporation organized under the Delaware law, and its principal place of business is located in Leesburg, Virginia. Stated conversely, APS is not incorporated in South Carolina nor does it have its principal place of business in South Carolina.

4. APS has no office located in South Carolina.

5. APS has no employees located in South Carolina.

6. APS does not have an account at a bank located in South Carolina.

7. APS is not registered to do business in South Carolina and does not have an appointed agent for service of process in South Carolina.

8. APS does not direct advertising to the State of South Carolina.

9. APS operates a website used only for providing information, advertising, and allowing a potential customer to contact APS. The APS website does not allow a user to consummate a transaction with APS for its products or services.

2

10. On November 12, 2016, Ahmed Nayeb ("Nayeb"), an Afghan national who worked in a vehicle yard at Bagram Air Field ("BAF") in Bagram, Afghanistan, engaged in a suicide bombing at BAF.

11. APS provided labor supply management services pursuant to a contract (identified as Contract No. L4CP-005-90-K10327) with respect to certain host country national (HCN) employees for Fluor's operations in Afghanistan, including certain limited administrative services related to Nayeb's employment. All of APS's interactions with Nayeb occurred in Afghanistan.

12. APS was awarded the contract with Fluor after it responded to a request for proposal (RFP) generated out of Bagram, Afghanistan. APS did not negotiate or sign the contract in South Carolina.

13. The contract was performed and administered by APS employees located either in the state of Virginia or in Bagram, Afghanistan. APS's direct points of contact for APS' work under the contract were Fluor personnel who were located in Afghanistan.

14. To the best of my recollection, APS did not appear in the state of South Carolina to provide any service under the referenced contract.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed: _February 15_, 2021      _/s/ Tod E. Nickles_
                                 Tod E. Nickles

3